Maxx Phillips (HI Bar No. 10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2412
Honolulu, HI 96813
Phone: (808) 284-0007
Email: mphillips@biologicaldiversity.org

Amy R. Atwood (OR State Bar No. 060407)
*pro hac vice application forthcoming*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Phone: (917) 717-6401
Email: atwood@biologicaldiversity.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Commerce,<br><br>*Defendants*. | Case No.: 1:21-cv-00122-JMS-RT<br><br>ORDER GRANTING AMENDED MOTION TO APPEAR PRO HAC VICE AS TO AMY R. ATWOOD |

<u>ORDER GRANTING AMENDED MOTION
TO APPEAR PRO HAC VICE</u>

The Court GRANTS the Amended Motion of Amy R. Atwood to Appear Pro Hac Vice.

| Name of Attorney: | Amy R. Atwood |
|---|---|
| Firm Name: | Center for Biological Diversity |
| Firm Address: | 225 N. Killingsworth Street, Portland, OR 97217 |
| Attorney CM/ECF Primary email address: | atwood@biologicaldiversity.org |
| Firm Telephone: | 971-717-6701 |
| Party Represented | Plaintiff, Center for Biological Diversity |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 15, 2021.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge