JEAN E. WILLIAMS,
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief
KAMELA A. CASCHETTE, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Tel | (202) 305-0340; Fax | (202) 305-0275
Kamela.Caschette@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of the Interior,<br><br>Defendants. | CIVIL NO. 21-00122 JMS-RT<br><br>ORDER GRANTING JOINT MOTION FOR A 30-DAY STAY OF PROCEEDINGS |

ORDER GRANTING JOINT MOTION
FOR A 30-DAY STAY OF PROCEEDINGS

The parties' joint motion for a 30-day stay of proceedings (ECF No. 28) is

GRANTED, and the Court enters an order as follows:

1

1. All proceedings in the above-captioned litigation are stayed until July 21, 2021.

2. The Parties will file a joint status report by July 21, 2021, to update the Court on the status of the matter.

3. Defendants' deadline to file an Answer on June 21, 2021 is hereby vacated.

4. The Rule 16 Conference currently set for July 13, 2021 is hereby vacated.

5. The Court schedules a Confidential Telephone Conference for August 17, 2021 at 8:45 a.m. before Magistrate Judge Trader.  No submissions required.  Parties to update the Court concerning settlement.  Parties and interested participants should call at least five (5) minutes before the start time of the conference.  Dial-in information is below:

    **AT&T**        1-888-363-4735
    **Access Code**    2070326

**IT IS SO ORDERED.**

DATED:  Honolulu, Hawaii, June 21, 2021.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 21-00122 JMS-RT; *Center for Biological Diversity v. Debra Haaland, et al.*; Order Granting Joint Motion for a 30-Stay of Proceedings