IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior; U.S. FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of the Interior,<br><br>　　　　　　　Defendants. | CIVIL NO. 21-00122 JMS-RT<br><br>ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE |

## ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

The terms and conditions of the Parties' Stipulated Settlement Agreement ("Agreement"), ECF No. 41, are hereby adopted as an Order of this Court.

Pursuant to the terms of the Agreement:

(1) Plaintiff is granted 90 days from the date of this Order to file, pursuant to Federal Rule of Civil Procedure 54(d), a motion for costs and attorneys' fees;

(2) All counts of Plaintiff's Complaint are dismissed with prejudice; and

(3) The Court shall retain jurisdiction to oversee compliance with the terms of the Agreement and to resolve any motion to modify such terms until Defendants satisfy their obligations under the Agreement, unless otherwise requested by a Party and approved by the Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, November 4, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Ctr. for Biological Diversity v. Haaland et al.*, Civ. No. 21-00122 JMS-RT
Order Granting